IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-107-GCM

| DAVID GRIFFIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BAKER & TAYLOR, INC., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William L. Campbell,** filed February 26, 2013 [doc.# 20].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Campbell is admitted to appear before this court *pro hac vice* on behalf of plaintiff, David Griffin.

**IT IS SO ORDERED.**

Signed: February 26, 2013

Graham C. Mullen
United States District Judge