# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:13-CV-107-GCM

|  |  |  |
|---|---|---|
| | ) | |
| **DAVID GRIFFIN,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BAKER & TAYLOR, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Joseph A. Kelly,** filed February 26, 2013 [doc.# 21].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Kelly is admitted to appear before this court *pro hac vice* on behalf of plaintiff, David Griffin.

      **IT IS SO ORDERED.**

Signed: February 26, 2013

Graham C. Mullen
United States District Judge